Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 S. Maryland Parkway
Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Email: mk@kindlaw.com
Attorney for Plaintiff

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@hainesandkrieger.com
Attorney for Plaintiff
*Mary A. Wilson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY A. WILSON, <br><br> Plaintiff, <br><br> v. <br><br> NEVADA TITLE AND PAYDAY LOANS, <br><br> Defendant. | Civil Case No. 2:20-cv-00563-JAD-NJK <br><br> **STIPULATION AND ORDER TO CONTINUE 5/18/2020 MOTION TO DISMISS HEARING AND RESPONSE DEADLINES** <br><br> **(FIRST REQUEST)** <br><br> ECF No. 11 |

Pursuant to Local Rule 7-1, Plaintiff Mary Wilson ("Plaintiff") and Defendant Nevada Title and Payday Loans ("Mary A. Wilson", and together with Defendant, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

- Plaintiff filed a Complaint (the "Complaint") in this Court on March 22, 2020;

- Nevada Title and Payday Loans filed its Motion to Dismiss on April 20, 2020;

- Plaintiff's opposition is currently due on May 4, 2020; and

- A telephonic Motion Hearing was set for May 18, 2020 at 10:30 a.m. before Judge Jennifer A. Dorsey.

At issue in the motion to dismiss is Plaintiff's pending bankruptcy and the bankruptcy Trustee's treatment of this case. The parties are requesting an extension of at least 30-days to allow the Chapter 7 Trustee assigned to Plaintiff's Chapter 7 bankruptcy filing time determine if this case is an asset of Plaintiff's Chapter 7 bankruptcy estate.  This is the parties first request for an extension.

IT IS HEREBY STIPULATED AND AGREED Plaintiff's deadline to file and serve any point and authorities in response to the motion shall be extended 30-days and shall be due on or before June 4, 2020.

IT IS FURTHER STIPULATED AND AGREED Defendant's deadline to file and serve any reply in support of its motion shall be extended by at least 30-days and shall be due on July 3, 2020.

///

///

///

IT IS FURTHER STIPULATED AND AGREED by and between the Parties that the May 18, 2020, telephonic Motion Hearing be continued for at least 30-days to July 13, 2020, at 3:00 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey.

| | |
|---|---|
| Dated: May 1, 2020 | Dated: May 1, 2020 |
| **HAINES & KRIEGER, LLC** | **NEWMEYER & DILLION LLP** |
| By: */s/George Haines*_____ | By: */s/Aaron D. Lovass* |
| George Haines, Esq. NV Bar 9411 | Aaron D. Lovaas, Esq. NV Bar 5701 |
| 8985 S. Eastern Ave, Suite 350 | 3800 Howard Hughes Pkwy |
| Las Vegas, NV 89123 | Suite 700 |
| | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant Nevada Title and Payday Loans* |

**AND**

Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 S. Maryland Parkway
Suite 106
Las Vegas, NV 89123
*Attorneys for Plaintiff Mary A. Wilson*

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: __5/5/2020_____