AARON D. LOVAAS, SBN 5701
Aaron.Lovaas@ndlf.com
NEWMEYER & DILLION LLP
3800 Howard Hughes Parkway, Suite 700
Las Vegas, NV 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599

Attorney for Defendant NEVADA TITLE AND PAYDAY LOANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. WILSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA TITLE AND PAYDAY LOANS,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00563-JAD-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS (ECF 6), AND FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ECF Nos. 6, 13 |

　　　　Mary A. Wilson ("Plaintiff") and Defendant Nevada Title and Payday Loans ("NTPL"), collectively the "Parties," by and through their counsel of record, hereby stipulate and agree to withdraw NTPL's Motion to Dismiss (ECF 6) and for dismissal of this matter, without prejudice.

　　　　The parties agree that the claims asserted against NTPL by Plaintiff are subject to an arbitration agreement, set forth in the loan agreement governing and memorializing Plaintiff's underlying transaction with NTPL. Plaintiff does not oppose arbitration.

　　　　THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

　　　　1.　　NTPL's Motion to Dismiss (ECF 6) is hereby withdrawn;

　　　　2.　　This matter is hereby dismissed, without prejudice, each Party to bear its own attorney's fees, costs, and expenses, unless otherwise provided for in the Parties' arbitration agreement.

4527.105 / 8788443.1

SO STIPULATED on May 29, 2020.

| HAINES & KRIEGER, LLC | NEWMEYER & DILLION LLP |
|---|---|
| By: */s/ George Haines*<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>8985 S. Eastern Ave., Ste. 350<br>Las Vegas, NV  89123<br>(702) 880-5554<br><br>Attorney for Plaintiff MARY A. WILSON | By: */s/ Aaron D. Lovaas*<br>AARON D. LOVAAS, ESQ.<br>Nevada Bar No. 5701<br>3800 Howard Hughes Pkwy., Ste. 700<br>Las Vegas, NV 89169<br>(702) 777-7500<br><br>Attorney for Defendant NEVADA TITLE AND PAYDAY LOANS |

**ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs.  The pending motion to dismiss **[ECF No. 6]** is deemed withdrawn, and the hearing scheduled for 7/13/2020 is VACATED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 29, 2020